UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

        Plaintiff,

-against-

JOSE FERNANDO SALINAS-GARCIA,

        Defendant.

04-CR-603-2 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

    Defendant was convicted in this District on May 23, 2006. (Doc. No. 135.) On January 16, 2020, Defendant filed a "Demand to Abate or Vacate Void Judgment," in which he challenges the validity of his conviction and sentence and seeks his release. (Doc. No. 228.)

    The Clerk of Court is directed to open a new civil action, *Salinas-Garcia v. United States*, with a new case number. The Clerk of Court is further directed to docket in the new case this order and Doc. No. 228 from 04-CR-603-2. Once the new civil action has been opened, the Court will issue an order directing Defendant how to proceed.

    The Clerk of Court is directed to mail a copy of this order to Defendant and note service on the docket.

    SO ORDERED.

Dated: February 5, 2020
       New York, New York

                                            /s/ Loretta A. Preska
                                            LORETTA A. PRESKA
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-5-2020